UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARVIN E. OWENS, et al.                    CIVIL ACTION

VERSUS                                     NUMBER: 10-3499

DAVID GREGORY TOAL, et al.                 SECTION: "B"(5)

### ORDER

The Court, having considered the motion, the record, the applicable law, and the failure of the defendants to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein (Rec. Doc. 42). Accordingly,

**IT IS ORDERED** that plaintiffs' motion is granted and that defendants are hereby adjudged to be in contempt of court, their answer is stricken, and that they are to pay to the plaintiffs $1,500.00 in attorney's fees and expenses.

New Orleans, Louisiana, this  5th   day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE